In the Matter of the Estate of JOSEPH D. EDDY, Deceased. SALLY D. EDDY, Appellant; THOMAS DICKSON, as Executor of JOSEPH D. EDDY, Deceased, et al., Respondents.

Argued April 8, 1940; decided April 23, 1940.

*Henry Alan Johnston, Eugene P. Fitzpatrick* and *Theodore R. Finder* for appellant.

*Cornelius J. Smyth* for Sally H. Eddy et al., infants, respondents.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.